UNITED STATES of America,
Plaintiff—Appellee,

v.

Bobby HAZEL, Defendant—Appellant.

United States of America,
Plaintiff—Appellee,

v.

Bobby Hazel, Defendant—Appellant.

United States of America,
Plaintiff—Appellee,

v.

Bobby Hazel, Defendant—Appellant.

United States of America,
Plaintiff—Appellee,

v.

Bobby Hazel, Defendant—Appellant.

Nos. 11–6376, 11–6377, 11–6378, 11–6379.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Bobby Hazel, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Bobby Hazel appeals district court orders denying his motion for appointment of counsel and for DNA testing under 18 U.S.C. § 3600 (2006), and denying his motions for clarification and for reconsideration. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. *See United States v. Hazel,* Nos. 1:93–cr–00062–JCC–1; 1:97–cv–00633–AVB (E.D. Va. Jan. 10, 2011; Feb. 2, 2011; Feb. 4, 2011; Feb. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*